ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV
2008 JAN -8 P 2: 16
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| MALIK SHABAZZ, | ) |
| Plaintiff, | ) |
| v. | ) CV 307-067 |
| ANTHONY WASHINGTON, in his official and individual capacities as Warden and Chief Administrator of Johnson State Prison, et al., | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the above-captioned case is **DISMISSED** without prejudice for failure to prosecute, and this civil action is **CLOSED**.

SO ORDERED this ____ day of January, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE